Commonwealth *v.* Fletcher, Appellant.

Argued December 10, 1969. *Joyce Ullman,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Garnett, Appellant.

Submitted December 9, 1969. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Vram Nedurian, Jr.,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.